IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAWRENCE GENE STRICKLAND, II                                                        PLAINTIFF

v.                                          No. 6:15-CV-06074

SHERIFF DAVID NORWOOD; JAIL
ADMINISTRATOR NATHAN GREELEY;
BOBBY LAPUE, Kitchen Manager; and
CHIEF JAILER DOUG WOOD                                                              DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 27) from Chief United States Magistrate Judge Barry A. Bryant. There have been no objections. The Magistrate recommends that the Court grant Defendants' motion (Doc. 22) to dismiss on the grounds that Plaintiff has failed to comply with Federal and Local Rules of Civil Procedure, failed to comply with Court orders, and failed to prosecute this matter. Upon due consideration, the Court finds that the Magistrate's report (Doc. 27) contains no clear error, and that it should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Doc. 22) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE